PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
4100 W Alameda Avenue Fl 3 #301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
MIA MALANA GARITANO-RIVERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIA MALANA GARITANO-RIVERA<br>   Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI<br>Acting Commissioner, Social Security<br><br>   Defendant. | Case No. 2:21-CV-07489-SHK<br><br>[~~proposed~~] ORDER FOR AWARD OF ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge:  Hon. Shashi H. Kewalramani |

  Based upon the parties' Stipulation for Award of Attorney Fees and Expenses under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees and costs be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of $7,600.00, and expenses in the amount of $400.00 pursuant to 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Date: __4/26/2023__      _____
                 Shashi H. Kewalramani
                 United States Magistrate Judge